**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00679

LILLEBABY, LLC,

        Plaintiff,

v.                                               *DEMAND FOR JURY TRIAL*

YOU + ME

        Defendant.

**FED. R. CIV. P. 41(a)(1)(A)(i) NOTICE OF VOLUNTARY
DISMISSAL AGAINST DEFFENDANT YOU+ME**

    Plaintiff LILLEbaby, LLC, by and through its attorneys, and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i), submits the foregoing Notice of Voluntary Dismissal Against Defendant You+Me.

    1.    Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure provides, in pertinent part, that "the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

    2.    This matter was filed on March 6, 2019. *See* Doc. No. 1.

    3.    Defendant You+Me has served neither an answer nor a motion for summary judgment in this case.

    LILLEbaby, LLC hereby dismisses Defendant You+Me from this action without prejudice in accordance with FED. R. CIV. P. 41(a)(1)(A)(i), with all parties to bear their own costs and attorneys' fees.

Respectfully Submitted,

Dated:  April 10, 2019

By: /s/ *Christopher L. Limpus*

Christopher L. Limpus
LIMPUS & LIMPUS
7723 Arlington Drive
Boulder, Colorado 80303
Telephone: (303) 731-9540
Chris@limpuslaw.com

Attorneys for Plaintiff LILLEbaby, LLC

# CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing has been served by forwarding said copy on this the 10th day of April 2019, via email to:

David A. Gerasimow
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606-3912
David.Gerasimow@huschblackwell.com

 /s/  Christopher L. Limpus
Christopher L. Limpus, Esq.